**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Lacey W. Sisler, Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2017-001834

Appeal From Anderson County
David E. Phillips, Family Court Judge

Unpublished Opinion No. 2018-UP-210
Submitted April 26, 2018 – Filed May 9, 2018

**AFFIRMED**

Kimberly Yancey Brooks, of Kimberly Y. Brooks, Attorney at Law, of Greenville, for Appellant.

James Victor McDade, of Doyle Tate & McDade, PA, of Anderson, for Respondent.

John Marshall Swails Jr., of Greenville, for the Guardian ad Litem.

**PER CURIAM:**  Lacey W. Sisler appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2017).  Upon a thorough review of the transcript and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Sisler's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and WILLIAMS and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.